**Appeal Dismissed and Memorandum Opinion filed September 18, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00681-CV
### NO. 14-18-00682-CV

## IN THE INTEREST OF M. E. H.

## On Appeal from the 345th District Court
### Travis County, Texas
### Trial Court Cause No. D-1-AG-15-002375

## M E M O R A N D U M   O P I N I O N

Appeal number 14-18-00681-CV is an appeal from the "Order on Motion to Modify Judgment" signed May 10, 2018. Appeal number 14-18-00682-CV is an appeal from the "Amended Order" signed July 9, 2018.

Appellant C.H. filed a motion on September 10, 2018, in a related appeal, number 14-18-00281-CV, in which she states she is abandoning appeals 14-18-00681-CV and 14-18-00682-CV. We construe that statement as a request for voluntary dismissal of those appeals. Tex. R. App. P. 42.1(a)(1). The request is granted. The appeals are **DISMISSED**.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown.